Paula Fasso et al., Respondents, and Independent Health Association, Inc., Intervenor-Appellant, v Ralph J. Doerr, M.D., Respondent.

Submitted June 30, 2008; decided August 28, 2008

Motion by Medical Society of the State of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

Betty L. Kimmel, Respondent, v State of New York et al., Appellants, et al., Defendants.

Submitted May 27, 2008; decided August 28, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge Pigott taking no part.

County of Nassau, Respondent, v Hugo Rojas, Appellant.

Submitted June 9, 2008; decided August 28, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.